UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BESS BAIR, et al.,

        Plaintiffs,

  v.

CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,

        Defendants.

No. C 17–06419 WHA

**CASE MANAGEMENT ORDER**

After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

1. The last date to file cross motions for summary judgment shall be April 29, 2021. The parties are reminded that a fresh, easy-to-reference version of the administrative record must also be submitted. The parties are encouraged to use appendices highlighting relevant portions of the record in their summary judgment motions.

2. The last date to file an opposition to the other party's summary judgment motion shall be May 13, 2021.

3. The last date to file replies shall be May 20, 2021.

4. Counsel may not stipulate around the foregoing dates without Court approval.

5. The hearing on the cross motions for summary judgment is set for June 17, 2021 at 8:00 am and will be held telephonically.

**IT IS SO ORDERED.**

Dated: April 8, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE